■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES JONES, Appellant.— Motion by respondent to dismiss appeal, denied. Cross motion by appellant to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's type-written brief, which shall include a copy of the opinion, if any, of the court below. The appellant is direc}ed to file six copies of his typewritten brief and to serve one copy on the District Attorney. Appellant's time to perfect and argue the appeal is enlarged. Motion for assignment of counsel granted. Anthony F. Marra, Esq., 100 Centre St., New York 13, N. Y., is assigned as counsel to prosecute the appeal. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM PELLIGRINO MASSELLI, Appellant.— On the court's own motion, the decision handed down November 20, 1961 is amended by striking out the designation of Malvin Davidson, Esq., as counsel to prosecute the appeal, and by designating V. Frank Cline, Esq., 4 East Main St., Middletown, N. Y., as such counsel. The appellant's time to perfect the appeal is further enlarged to the April Term, beginning March 26, 1962; appeal ordered on the calendar for said term. Ughetta, Acting P. J., Christ, Pette and Brennan, JJ., concur.

■ In the Matter of ROSLYN LEIBER, Respondent-Appellant, v. LOUIS ROSEFIELDE, Appellant-Respondent.— Motion by appellant-respondent Louis Rosefielde for reargument referred to the court that rendered the decision. Ughetta, Acting P. J., Christ, Pette and Brennan, JJ., concur. Motion for reargument denied. Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ETTA LOUISE MEADOWS, Appellant.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. Appellant's time to perfect the appeal is enlarged to the March Term, beginning February 26, 1962; appeal ordered on the calendar for said term. Ruben H. Mack, Esq., 305 Broadway, New York, N. Y., having consented to serve without compensation, is assigned as counsel to prosecute the appeal. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. O'DELL QUICK, Appellant.— Motion by appellant to dispense with printing and for assignment of counsel. Motion denied. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM RACKS, Appellant.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. Appellant's time to perfect the appeal is enlarged to the April Term, beginning March 26, 1962; appeal ordered on the calendar for said term. Motion for assignment of counsel granted. Max Schulman, Esq., 66 Court St., Brooklyn, N. Y., is assigned as counsel to prosecute the appeal. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.